UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

PATRICIA RAO,

          Plaintiff

  -against-

BELLEVUE HOSPITAL, MANHATTAN PARKING
 SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100 (Fictitious persons whose names
are not yet known) and XYZ CORPORATIONS 1-100
(Fictitious corporations whose identities are not yet known)
and ABC ENTITIES 1-100 (Fictitious commercial entities
and/or government agencies/departments whose identities
are not yet known)

          Defendants.

**NOTICE OF APPEARANCE**

**08 CV 0192 (DAB)**

**ECF Case**

-----------------------------------------------------------------

  The City of New York hereby appears in the action by Michael A. Cardozo, Corporation Counsel of the City of New York.

Dated: New York, New York
    April 25, 2008

          Michael A. Cardozo
          Corporation Counsel of the City of New York
          Office & P.O. Address
          100 Church Street
          New York, New York 10007

          By: _____
            Peter J. Esposito (PJE- 7353)

STATE OF NEW YORK  COUNTY OF NEW YORK, SS.:

The undersigned, an attorney admitted to practice in the courts of New York State and the Unites States District Court, Southern District of New York, shows: that he is employed in the office of the Corporation Counsel of the City of New York, and affirms this statement to be true under the penalties of perjury, pursuant to Rule 4 of the Federal Rules of Civil Procedure:

That on April 25, 2008, he served the annexed Notice of Appearance, upon the following:

>    Sekas & Associates, LLC
>    515 Madison Avenue, Eighth Floor
>    New York, New York, 10022

being the address within the State theretofore designated by them for that purpose, by causing to be deposited a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated:     New York, New York
           April 25, 2008

                                                         _____
                                                         Peter J. Esposito

08 CV 01922 (DAB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA RAO,

                              Plaintiff

                              -against-

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100 (Fictitious persons whose names
are not yet known) and XYZ CORPORATIONS 1-100
(Fictitious corporations whose identities are not yet known)
and ABC ENTITIES 1-100 (Fictitious commercial entities
and/or government agencies/departments whose identities
are not yet known)

                                                                             Defendants.

# NOTICE OF APPEARANCE

MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendants
CITY OF NEW YORK
By: Peter J. Esposito, Special Assistant Corporation Counsel
100 Church Street, Rm.: 4114a
New York, New York 10007
Tel. #: (212) 676-0618

Please refer to the following file number: **2008-008818**
and indicate the County in which the action is pending in all papers,
correspondence and other communications with respect thereto.