
600535

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 01922/08<br>FILE DATE:<br>ATTY: SEKAS & ASSOCIATES<br>530 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 |

EPS No: 577932
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF NEW YORK

PATRICIA RAO                                                                                         **Plaintiff(s)**

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC, ET AL                                             **Defendant(s)**

---

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/2008 at 2:34PM at 462 FIRST AVENUE, NEW YORK, NY 10016, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on BELLEVUE HOSPITAL. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION

By delivering to and leaving with BELLEVUE HOSPITAL and that the deponent knew the person so served to be the GENERAL AGENT, URSILYN SWINDELL, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: 50 | Approximate weight: 110 | Approximate height: 5'3" |
|---|---|---|
| Color of skin: BROWN | Color of hair: BLACK | Sex: F |

Sworn to before me on  3/15/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**