UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICIA RAO,

                                       Plaintiffs,

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC, THE CITY OF NEW YORK, and JOHN/JANE DOES 1-100 (Fictitious persons whose names are not yet known) and XYZ Corporations 1-100 (Fictitious corporations who identities are not yet known) and ABC ENTITIES 1-100 (Fictitious commercial entities and/or government agencies/departments whose identities are not yet known),

                                        Defendants.

**NOTICE OF APPEARANCE**

08 CV 01922 (DAB)

ECF

------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: THE CITY OF NEW YORK

Dated: New York, New York
       June 23, 2008

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel of the City of New York
                                                  Attorney for Defendant
                                                  100 Church Street
                                                  New York, New York 10007
                                                  By:

                                                  _____
                                                  Christopher J. Murdoch
                                                  Assistant Corporation Counsel
                                                  Bar No.: CM 1844
                                                  (212) 788-0480
                                                  FAX: (212) 788-8887
                                                  E-MAIL: cmurdoch@law.nyc.gov