UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

PATRICIA RAO,

                                      Plaintiffs,

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC, THE CITY OF NEW YORK, and JOHN/JANE DOES 1-100 (Fictitious persons whose names are not yet known) and XYZ Corporations 1-100 (Fictitious corporations who identities are not yet known) and ABC ENTITIES 1-100 (Fictitious commercial entities and/or government agencies/departments whose identities are not yet known),

                                       Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 01922 (DAB)

ECF

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: THE CITY OF NEW YORK

Dated: New York, New York
       July 3, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel of the City of New York
                                             Attorney for Defendant
                                             100 Church Street
                                             New York, New York 10007
                                             By: _/s/ Steven Bombard_

                                             Steven Bombard
                                             Assistant Corporation Counsel
                                             Bar No.: SB 0417
                                             (212) 341-0793
                                             FAX: (212) 788-0367
                                             E-MAIL: sbombard@law.nyc.gov