

```
United States District Court
Southern District of New York
--------------------------------------X
PATRICIA RAO,
                        Plaintiff,

           -against-                      08 Civ. 1922 (DAB)
                                              ORDER
CITY OF NEW YORK, BELLVUE HOSPITAL,
MANHATTAN PARKING SYSTEMS, LLC,
JOHN AND JANE DOES 1-100, XYZ
CORPORATIONS 1-100, and ABC ENTITIES
1-100,

                        Defendants.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's Records indicate that the Complaint in this Action was filed on February 26, 2008. The records further indicate that Defendant Manhattan Parking Systems was served on March 14, 2008. To date Manhattan Parking Systems has neither Answered nor appeared in this action in any way. In addition, records indicate that Defendant Bellvue Hospital was served with the Complaint on March 14, 2008. To date Bellvue Hospital has neither Answered nor appeared in this action in any way. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why her Complaint against Defendants Manhattan Parking Systems and Bellvue Hospital should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

If Plaintiff fails by August 11, 2008 to either (1) show cause, or (2) move for default judgment against Defendants Bellvue Hospital and Manhattan Parking Systems, Plaintiff's cause of action against those Defendants SHALL BE DISMISSED for failure to prosecute. Plaintiff's showing of good cause, if any, SHALL BE MADE by affidavit.

Further, the Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. On or prior to August 11, 2008, Plaintiff SHALL in writing inform the Court of what efforts she is making to identify Defendants John and Jane Does 1-100, XYZ Corporations 1-100, and ABC Entities 1-100.

SO ORDERED.
Dated:   New York, New York
         July 11, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge