UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
PATRICIA RAO,

                                    Plaintiff,

    - against -                                **NOTICE OF MOTION**

                                      08 Civ. 1922 (DAB)

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100, XYZ CORPORATIONS
1-100 and ABC ENTITIES 1-100,

                                    Defendant.
------------------------------------------------x

SIRS:

        PLEASE TAKE NOTICE that upon the attached affidavit or affirmation Robert G. Ricco, sworn to or affirmed August 11, 2008 and upon the complaint herein, plaintiff will move this court, Deborah A. Batts, U.S.D.J, presiding in Room 2510, United States Court House, 500 Pearl Street, New York, New York 10007 at 9:00 A.M. on the 15th of September, 2008 or as soon thereafter as counsel can be heard, for an order pursuant to Rule 55.1 and 55.2 (b) of the Civil Rules of the Southern District of New York granting default judgment against defendants Bellevue Hospital and Manhattan Parking Systems, LLC.

Dated: New York, New York
         August 11, 2008

                                                  Robert G. Ricco, Esq.   X5457
                                                **SEKAS & ASSOCIATES, LLC**
                                                Attorneys of the Plaintiff
                                                515 Madison Avenue – 8th Floor
                                                New York, NY 10022
                                                (212) 695-7577


TO:    Bellevue Hospital
        462 First Avenue
        New York, NY 10006

        Manhattan Parking Systems, LLC
        277 Park Avenue
        New York, NY 10172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PATRICIA RAO,

                       Plaintiff,

      - against -

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100, XYZ CORPORATIONS
1-100 and ABC ENTITIES 1-100,

                       Defendant.
----------------------------------------x

08 Civ. 1922 (DAB)

**AFFIDAVIT IN SUPPORT
OF JUDGMENT BY DEFAULT**

ROBERT G. RICCO, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the firm of Sekas & Associates, L.L.C., attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(b) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

3. This is an action to recover damages owed by defendant to plaintiff for personal injuries caused by the negligence of defendant.

4. Jurisdiction of the subject matter of this action is based on diversity jurisdiction.

5. This action was commenced on February 26, 2008 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on March 14, 2008 by personal service on Bellevue Hospital, by personal service on Ursilyn Swindell, authorized agent on behalf of Defendant Bellevue Hospital (See attached "Exhibit 1") and proof of service by the

Special Process Server was filed. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

6. This action was commenced on February 26, 2008 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on March 14, 2008 by personal service on Manhattan Parking Systems, by personal service on the General Manager, an authorized agent on behalf of Defendant Manhattan Parking Systems (See attached "Exhibit 2"), and proof of service by the Special Process Server was filed. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired

7. This action seeks a default judgment or liability and a requested date for an inquest on damages

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: New York, New York
       August 11, 2008

_____
Robert G. Ricco, Esq.
**SEKAS & ASSOCIATES, LLC**
Attorneys of the Plaintiff
515 Madison Avenue – 8th Floor
New York, NY 10022
(212) 695-7577

Sworn to before me this 11th
day of _____, 2008.

_____
Notary Public

# Exhibit 1


600535

U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK

INDEX NO: 01922/08
FILE DATE:
ATTY: SEKAS & ASSOCIATES
530 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ  07632

EPS No: 577932
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF NEW YORK

PATRICIA RAO                                                                                     Plaintiff(s)

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC,                    Defendant(s)
ET AL

STATE OF NEW YORK, COUNTY OF QUEENS: SS:

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/2008 at 2:34PM at 462 FIRST AVENUE, NEW YORK, NY 10016, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on BELLEVUE HOSPITAL. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with BELLEVUE HOSPITAL and that the deponent knew the person so served to be the GENERAL AGENT, URSILYN SWINDELL, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: **50**           Approximate weight: **110**           Approximate height: **5'3"**
Color of skin: **BROWN**           Color of hair: **BLACK**                Sex: **F**

Sworn to before me on  3/15/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

**Service of Process:**
1:08-cv-01922-DAB Rao v. Bellevue Hospital et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Sekas, Nicholas on 5/21/2008 at 12:34 PM EDT and filed on 5/21/2008

**Case Name:**　　Rao v. Bellevue Hospital et al
**Case Number:**　　1:08-cv-1922
**Filer:**　　Patricia Rao
**Document Number:** 7

**Docket Text:**
**AFFIDAVIT OF SERVICE. Service was accepted by Ursilyn Swindell. Document filed by Patricia Rao. (Sekas, Nicholas)**

**1:08-cv-1922 Notice has been electronically mailed to:**

**1:08-cv-1922 Notice has been delivered by other means to:**

Nicholas G. Sekas
Sekas & Buzzetti, LLC
515 Madison Ave.
8th Floor
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4608761-0
] [5fd7700feaaef43b3b43a4a8c19c7ea027c2cfabbf3a6fa4b3f70beac2bbfe059cb
b08f0f0daa4ddb4dad705df2255ef709ff661aae5cb5e022b7fcab9675b50]]




600534

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

INDEX NO: 01922/08
FILE DATE:
ATTY: SEKAS & ASSOCIATES
530 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

EPS No: 577932
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF NEW YORK

PATRICIA RAO                                                                                           Plaintiff(s)

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC, ET AL                    Defendant(s)

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/14/2008 at 4:22PM at 277 PARK AVENUE, NEW YORK, NY 10172, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MANHATTAN PARKING SYSTEMS, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with MANHATTAN PARKING SYSTEMS, LLC and that the deponent knew the person so served to be the GENERAL MANAGER, "JOHN DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: 47                    Approximate weight: 170               Approximate height: 5'6"
Color of skin: BROWN                   Color of hair: BLACK                       Sex: M

Sworn to before me on  3/15/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

**Service of Process:**
1:08-cv-01922-DAB Rao v. Bellevue Hospital et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Sekas, Nicholas on 5/21/2008 at 12:27 PM EDT and filed on 5/21/2008
**Case Name:** Rao v. Bellevue Hospital et al
**Case Number:** 1:08-cv-1922
**Filer:** Patricia Rao
**Document Number:** 6

**Docket Text:**
**AFFIDAVIT OF SERVICE. Manhattan Parking Systems, LLC served on 3/14/2008, answer due 4/3/2008. Service was accepted by General Manager, "John Doe". Document filed by Patricia Rao. (Sekas, Nicholas)**


**1:08-cv-1922 Notice has been electronically mailed to:**

**1:08-cv-1922 Notice has been delivered by other means to:**

Nicholas G. Sekas
Sekas & Buzzetti, LLC
515 Madison Ave.
8th Floor
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/21/2008] [FileNumber=4608720-0
] [a551cefb9986bd3c8535a00c9b1385333449676c187f6bfa22f4248b59eb0f3f955
035995dc16195beb7bdf86bfd282287ecaeeeeb77c4621bc0752ac2f9cffd]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
PATRICIA RAO,

                          Plaintiff,

                                          08 Civ. 1922 (DAB)

- against -

                                         **DEFAULT JUDGMENT**

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100, XYZ CORPORATIONS
1-100 and ABC ENTITIES 1-100,

                          Defendant.
---------------------------------x

       This action having been commenced on February 26, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Bellevue Hospital, on March 14, 2008 by personal service on Ursilyn Swindell, authorized agent on behalf of Defendant Bellevue Hospital (See attached "Exhibit 1"), and a proof of service having been filed on May 21, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff shall be heard at an inquest to determine the amount of judgment.

                                                SO ORDERED:

Dated: New York, New York

       _____

                                              _____
                                            U.S.D.J.

                                            This document was entered on the docket on _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PATRICIA RAO,

                              Plaintiff,

                              08 Civ. 1922 (DAB)

    - against -

                              **DEFAULT JUDGMENT**

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100, XYZ CORPORATIONS
1-100 and ABC ENTITIES 1-100,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       This action having been commenced on February 26, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Bellevue Hospital, on March 14, 2008 by personal service on the General Manager, an authorized agent on behalf of Defendant Manhattan Parking Systems (See attached "Exhibit 1"), and a proof of service having been filed on May 21, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff shall be heard at an inquest conference to determine the amount of judgment.

                                                   SO ORDERED:

Dated: New York, New York

               _____

                                            _____
                                            U.S.D.J.

                                            This document was entered on the docket
                                            on _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PATRICIA RAO,

                          Plaintiff,

    - against -                               **CIVIL ACTION**

                                          08 Civ. 1922 (DAB)

BELLEVUE HOSPITAL, MANHATTAN PARKING
SYSTEMS, LLC, THE CITY OF NEW YORK, and
JOHN/JANE DOES 1-100, XYZ CORPORATIONS
1-100 and ABC ENTITIES 1-100,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

---

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

---

ROBERT G. RICCO, ESQ. (RR-5457)
OF COUNSEL

# MEMORANDUM OF LAW

This application for default is made pursuant to the local Rules for the Southern District, which are quoted in relevant part:

**Local Civil Rule 55.1. Certificate of Default**

A party applying for a certificate of default by the clerk pursuant to Federal Rule of Civil Procedure 55(a) shall submit an affidavit showing (1) that the party against whom a notation of default is sought is not an infant, in the military, or an incompetent person; (2) that the party has failed to plead or otherwise defend the action; and (3) that the pleading to which no response has been made was properly served.

**Local Civil Rule 55.2. Default Judgment**

(a) **By the Clerk.** Upon issuance of a clerk's certificate of default, if the claim to which no response has been made only sought payment of a sum certain, and does not include a request for attorney's fees or other substantive relief, and if a default judgment is sought against all remaining parties to the action, the moving party may request the clerk to enter a default judgment, by submitting an affidavit showing the principal amount due and owing, not exceeding the amount sought in the claim to which no response has been made, plus interest, if any, computed by the party, with credit for all payments received to date clearly set forth, and costs, if any, pursuant to 28 U.S.C.§ 1920.

(b) **By the Court.** In all other cases the party seeking a judgment by default shall apply to the court as described in Federal Rule of Civil Procedure 55(b)(2), and shall append to the application (1) the clerk's certificate of default, (2) a copy of the

2

claim to which no response has been made, and (3) a proposed form of default judgment.

Further, we make this motion for default pursuant to the Court Order dated July 11, 2008 of the Honorable Deborah A. Batts, United States Court District Judge, attached hereto as Exhibit "A"

                                                    Respectfully yours,

By: Robert G. Ricco, Esq. (RR-5457)
     SEKAS & ASSOCIATES, LLC
     515 Madison Avenue – 8th Floor
     New York, NY 10022
     Phone: (212)695-7577
     Attorneys for the Plaintiff

Dated: August 11, 2008

TO:    Bellevue Hospital
        462 First Avenue
        New York, NY 1006

        Manhattan Parking Systems, LLC
        277 Park Avenue
        New York, NY 10172

3



```
United States District Court
Southern District of New York
------------------------------------X
PATRICIA RAO,
                    Plaintiff,

        -against-                        08 Civ. 1922 (DAB)
                                              ORDER
CITY OF NEW YORK, BELLVUE HOSPITAL,
MANHATTAN PARKING SYSTEMS, LLC,
JOHN AND JANE DOES 1-100, XYZ
CORPORATIONS 1-100, and ABC ENTITIES
1-100,

                    Defendants.
------------------------------------X
```



DEBORAH A. BATTS, United States District Judge.

The Court's Records indicate that the Complaint in this Action was filed on February 26, 2008. The records further indicate that Defendant Manhattan Parking Systems was served on March 14, 2008. To date Manhattan Parking Systems has neither Answered nor appeared in this action in any way. In addition, records indicate that Defendant Bellvue Hospital was served with the Complaint on March 14, 2008. To date Bellvue Hospital has neither Answered nor appeared in this action in any way. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why her Complaint against Defendants Manhattan Parking Systems and Bellvue Hospital should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

If Plaintiff fails by August 11, 2008 to either (1) show cause, or (2) move for default judgment against Defendants Bellvue Hospital and Manhattan Parking Systems, Plaintiff's cause of action against those Defendants SHALL BE DISMISSED for failure to prosecute. Plaintiff's showing of good cause, if any, SHALL BE MADE by affidavit.

Further, the Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. On or prior to August 11, 2008, Plaintiff SHALL in writing inform the Court of what efforts she is making to identify Defendants John and Jane Does 1-100, XYZ Corporations 1-100, and ABC Entities 1-100.

SO ORDERED.
Dated:   New York, New York
         July 11, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge