UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICIA RAO,

                                                 Plaintiff,

- against -

BELLEVUE HOSPITAL, MANHATTAN PARKING SYSTEMS, LLC, THE CITY OF NEW YORK, and JOHN/JANE DOES 1-100 (Fictitious persons whose names are not yet known) and XYZ Corporations 1-100 (Fictitious corporations who identities are not yet known) and ABC ENTITIES 1-100 (Fictitious commercial entities and/or government agencies/departments whose identities are not yet known),

                                                 Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 01922 (DAB)

ECF

To the Clerk of this Court and all parties of record:

    Enter my appearance, with new telephone number, as counsel in this case for The City of New York.

Dated:  New York, New York
          August 27, 2008

                                                        MICHAEL A. CARDOZO
                                                        Corporation Counsel of
                                                        The City of New York
                                                       Attorney for Defendant
                                                        100 Church Street, Room 4-122
                                                        New York, New York 10007
                                                        By:

                                                        */s/ Steven Bombard*
                                                       Steven Bombard
                                                       Assistant Corporation Counsel
                                                       Bar No.: SB 0417
                                                       TEL: (212) 341-0793
                                                       FAX: (212) 788-0367
                                                      E-MAIL:  sbombard@law.nyc.gov